UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEITH S. ROBINSON,<br><br>     Plaintiff,<br><br>v.<br><br>ATLANTIC CAPITAL BANK;<br>OPPORTUNITY FINANCIAL, LLC;<br>TURNER ACCEPTANCE CORP.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; and TRANS UNION, LLC,<br><br>     Defendants. | Case No. 1:21-cv-01130<br><br>Honorable Robert M. Dow, Jr. |

**AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT
OPPORTUNITY FINANCIAL, LLC'S PARTIAL MOTION TO DISMISS**

**NOW COMES** KEITH S. ROBINSON ("Plaintiff"), by and through his undersigned counsel, moving this Honorable Court to extend the time for Plaintiff to file his response to Defendant OPPORTUNITY FINANCIAL, LLC'S ("Defendant") Partial Motion to Dismiss, and in support thereof, stating as follows:

1. On February 26, 2021, Plaintiff filed the instant case seeking redress for violations of the Fair Credit Reporting Act ("FCRA"). [Dkt. 1]

2. On June 7, 2021, after receiving multiple extensions to file its responsive pleading, Defendant filed a Partial Motion to Dismiss Count VIII of Plaintiff's Complaint ("Defendant's Motion"). [Dkt. 41-42]

3. On June 14, 2021, the Court entered an order requiring Plaintiff to submit his response to Defendant's Motion on or before July 13, 2021. [Dkt. 46]

1

4. Plaintiff and Defendant are currently engaged in settlement discussions and are cautiously optimistic that they will reach a settlement in short order.

5. Accordingly, Plaintiff is seeking a 14-day extension, through July 27, 2021, to submit his response to Defendant's Motion.

6. The extension is sought in good faith and will permit the Parties to focus their efforts on settlement.

7. Counsel for Plaintiff conferred with Defendant's counsel about the relief sought herein, and Defendant has no objection.

8. The extension of time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order (1) extending the deadline for Plaintiff to submit his response to Defendant's Motion through July 27, 2021, and (2) extending Defendant's deadline to submit its reply through August 17, 2021, and for any other relief this Court deems appropriate.

Respectfully submitted,

/s/ *Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60137
Phone (630)575-8180
Fax: (630)575-8188
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, Mohammed O. Badwan, certify that on July 13, 2021, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Mohammed O. Badwan*